No. 10M112.  GOMEZ *v.* CALIFORNIA.  Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 11M1.  BROWN *v.* UNITED STATES;

No. 11M2.  BOBO *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION;

No. 11M3.  PALACIOS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;

No. 11M6.  ROBLES *v.* DRIVER, WARDEN;

No. 11M7.  ROQUE *v.* ELIAS;

No. 11M8.  RICHARDS *v.* CENTRE AREA TRANSPORTATION AUTHORITY;

No. 11M9.  BLACK *v.* MCDANIEL, WARDEN, ET AL. (two judgments);

No. 11M10.  JOHNSON *v.* MCCALL, WARDEN, ET AL.;

No. 11M11.  VALLEJO *v.* ADAMS, WARDEN;

No. 11M12.  BALTHROPE *v.* SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.;

No. 11M15.  THORNTON *v.* UNITED STATES;

No. 11M16.  ADAMS *v.* GOLDSMITH;

No. 11M17.  LYND *v.* MCDONALD'S CORP.;

No. 11M18.  ROBERTS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.;

No. 11M19.  RUSSELL *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;

No. 11M21.  UTHMAN *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.;

No. 11M24.  MALONE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; and

No. 11M25.  CHARLESTON *v.* PARKER, WARDEN.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M4.  BEY *v.* NORTH CAROLINA ET AL.  Motion for leave to proceed *in forma pauperis* with the declaration of indigency under seal denied.